**Order filed June 6, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01106-CR
_____

**DOUGLAS WAYNE RING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 64814**

## ORDER

On April 30, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine whether appellant was indigent and entitled to a free record and appointed counsel.

On May 29, 2013, the trial court found appellant was indigent for purposes of receiving a free record and appointment of counsel. The court appointed Perry Stevens to represent appellant on appeal.

Therefore, the appeal is reinstated.  The reporter's record is due on or before **July 8, 2013.**  Appellant's brief is due 30 days after the reporter's record is filed.

PER CURIAM